ORIGINAL

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone:  (415) 703-5381
     Facsimile:  (415) 703-5480
6    Email: Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendants
   State of California and Robert Mecir
8

FILED

2008 MAY 14  P 3:56

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA/S.J.

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson,

    Case No. C08-02445 RS

13                                  Plaintiffs,

    (Santa Clara County Superior Court Case No. 107CV-096770)

14           v.

    PROOF OF SERVICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (FEDERAL QUESTION; NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE OF UNITED STATES MAGISTRATE JUDGE; ECG REGISTRATION INFORMATION HANDOUT

15  The State of California; Santa Clara County Specialized Enforcement Team; and Does 1-50,

16

17                                  Defendants.

18

19

20

21

22

23

24     I declare:

25     I am employed in the Office of the Attorney General, which is the office of a member of the

26  California State Bar, at which member's direction this service is made. I am 18 years of age or

27  older and not a party to this matter. I am familiar with the business practice at the Office of the

28  Attorney General for collection and processing of correspondence for mailing with the United

Proof of Service of Notice to Adverse Party of Removal to Federal Court        Dwight Watson, et al. v. State of California, et al.
                                                                                                    107CV-096770

1

1  States Postal Service. In accordance with that practice, correspondence placed in the internal
2  mail collection system at the Office of the Attorney General is deposited with the United States
3  Postal Service that same day in the ordinary course of business.
4      On May 13, 2008, I served the attached **NOTICE OF REMOVAL OF ACTION UNDER**
5  **28 U.S.C. §1441(b) (FEDERAL QUESTION; NOTICE TO ADVERSE PARTY OF**
6  **REMOVAL TO FEDERAL COURT; ORDER SETTING INITIAL CASE**
7  **MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ASSIGNMENT**
8  **OF CASE OF UNITED STATES MAGISTRATE JUDGE; ECG REGISTRATION**
9  **INFORMATION HANDOUT,** by placing a true copy thereof enclosed in a sealed envelope
10 with postage thereon fully prepaid, in the internal mail collection system at the Office of the
11 Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004,
12 addressed as follows:

14     Mark W. Martel, Esq.
    Law Offices of Mark W. Martel
15     425 Sherman Avenue, Suite 330
    Palo Alto, CA 94306
16
    *Counsel for Plaintiffs*
17

18     Santa Clara County Superior Court
    Civil Division
19     161 North First Street
    San Jose, CA 95113
20

21     I declare under penalty of perjury under the laws of the State of California the foregoing is
22 true and correct and that this declaration was executed on May 13, 2008, at San Francisco,
23 California.

24                                                     _[signature]_

27 POS Not. Adverse Party USDC. wpd.wpd
SF2007403401
28

Proof of Service of Notice to Adverse Party of Removal to Federal Court     Dwight Watson, et al. v. State of California, et al.
    107CV-096770