```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  PAUL T. HAMMERNESS
    Supervising Deputy Attorney General
 3  JENNIFER C. ADDAMS, State Bar No. 209355
    Deputy Attorney General
 4   455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
 5   Telephone:   (415) 703-5382
     Facsimile:   (415) 703-5480
 6   Email: Jennifer.Addams@doj.ca.gov

 7  Attorneys for Defendant Robert Mecir
```

**FILED**

2008 MAY 15 A 10: 25

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson, | Case No. C08-02445 RS |
|---|---|
| Plaintiffs, | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (LOCAL RULE 3-13) AND REQUEST FOR COORDINATION OR RELATION OF THE CASES |
| v. | |
| Robert Mecir; and Does 2-50, | |
| Defendants. | |

**BY FAX**

Defendant Robert Mecir hereby brings this Notice of Pendency of Other Action or Proceeding under Local Rule 3-13. Cases <u>Dwight Watson, Daniel Farias, Lauren Watson and Nicole Watson v. Robert Mecir and Does 2-50</u>, United States District Court, Northern District of California, case number C08-02445 RS, should be coordinated with <u>Dwight Watson, Daniel Farias, Lauren Watson, and Nicole Watson v. Glenn Albin, David Mendez, Frank St. Clair, Mike D'Antonio, Mike Rubino, Santa Clara County, State of California, and Does 1-50</u>, United States District Court, Northern District of California, case number C06-07767 RMW (HRL).

///

///

Notice of Pendency of Other Action or Proceeding

*Dwight Watson, et al. v. Mecir, et al.*
C06-07767 RMW (HRL)

1

1     Case number C08-02445 RS was removed to this court on May 13, 2008, from Santa Clara County Superior Court (case number 107CV-096770) upon the filing of the Second Amended Complaint on May 8, 2008. The actions concern substantially the same parties and the exact same event that occurred on October 25, 2005. If these cases are conducted before different judges, it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results. If the cases are coordinated or related, it will avoid conflicts, conserve resources, and promote an efficient determination of the action.

**Procedural History**

    The State of California was a party to the earlier filed case, United States District Court, Northern District, case number C06-07767 RMW (HRL). The State of California's motion to dismiss was granted on May 25, 2007, from the earlier filed case. On October 17, 2007, plaintiffs filed an identical action in Santa Clara County Superior Court naming the State of California as a defendant. On January 7, 2008, the State demurred to the Complaint. On February 6, 2008, Plaintiffs filed a First Amended Complaint adding two causes of action against the State and adding the same officer defendants as were named in the federal court action. The State demurred again, and on April 25, 2008, the Santa Clara County Superior Court granted the State's demurrer with leave to amend. On May 8, 2008, Plaintiffs filed a Second Amended Complaint naming Robert Mecir and including a cause of action under 42 U.S.C. §1983.

**These Cases Should be Coordinated or Deemed Related**

    Case number C06-07767 RMW (HRL) arises from the October 25, 2005, probation search of a residence, 95 Decorah Lane, in Campbell, California. During that probation search, Dwight Watson was arrested. Both case numbers C06-07767 RMW (HRL) and C08-096770 RS arise from the same incident and the identical set of facts. The State of California and Robert Mecir, therefore, move that these cases be coordinated or deemed related in the interest of judicial economy and fairness to the parties.

    Defendant is aware that case number C06-07767 RMW (HRL) is scheduled to go to trial on Monday, May 19, 2008, and the pretrial conference was set for May 12, 2008. Plaintiffs have offered no explanation or justification for their delay in naming Robert Mecir or their failure to

1 | name him in the ongoing federal action. Indeed, these cases arise from identical facts, and it
2 | would be a waste of judicial resources for the same case to go to trial twice.

3 | Dated: May 15, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

PAUL T. HAMMERNESS
Supervising Deputy Attorney General

*/s/ Jennifer C. Addams*

JENNIFER C. ADDAMS
Deputy Attorney General

Attorneys for Defendant
Robert Mecir

40250581.wpd
SF2007403401

## DECLARATION OF SERVICE BY FACSIMILE AND MAIL

Case Name:  *Dwight Watson, et al. v. Robert Mecir, et al.*

No.:  **C08-02445 RS**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (415) 703-5480.

On May 15, 2008, I served the attached

**Notice of Pendency of Other Action or Proceeding (Local Rule 3-13) and Request for Coordination or Relation of the Cases**

by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2.306. The facsimile machine I used complied with Rule 2.306, and no error was reported by the machine. Pursuant to rule 2.306(g)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Mark W. Martel
Attorney at Law
425 Sherman Avenue, Suite 330
Palo Alto, CA 94306
**(650) 470-2654**

Michael J. Dodson
Office of the City Attorney, City of San Jose
200 East Santa Clara Street
San Jose, CA 95113-1905
**(408) 998-3131**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 15, 2008, at San Francisco, California.

_____Emily Tongol_____              _____[signature]_____
          Declarant                                        Signature

40254004.wpd

P.01/01

## TRANSACTION REPORT
MAY/15/2008/THU 08:49 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|------|----------|----------|----------|------|-----------|------|
| 001 | MAY/15 | 08:47AM | 916504702654 | 0:02:34 | 5 | OK  ECM | 7139 |

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



# FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** May 15, 2008   **TIME:** 9:49 AM   **NO. OF PAGES:** 5
(Including Fax Cover Sheet)

**TO:**
NAME: Mark W. Martel, Attorney at Law
OFFICE:
LOCATION: Palo Alto, CA
FAX NO.: (650) 470-2654     PHONE NO.: (650) 470-2650

**FROM:**
NAME: Emily Tongol for Jennifer C. Addams, Deputy Attorney General
OFFICE: Office of the Attorney General
LOCATION: 455 Golden Gate Ave., Ste., 11000, San Francisco, CA 94102
FAX NO.: (415) 703-5480     PHONE NO.: (415) 703-5688

**MESSAGE/INSTRUCTIONS**

Re: <u>Dwight Watson, et al. v. Robert Mecir, et al.</u>

Notice of Pendency of Other Action or Proceeding (Local Rule 3-13) and Request for Coordination or Relation of the Cases

40254006.wpd

## TRANSACTION REPORT
MAY/15/2008/THU 08:53 AM

FAX(TX)

| # | DATE | START T. | RECEIVER | COM.TIME | PAGE | TYPE/NOTE | FILE |
|---|---|---|---|---|---|---|---|
| 001 | MAY/15 | 08:50AM | 914089983131 | 0:02:36 | 5 | OK | G3 7140 |

**EDMUND G. BROWN JR.**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



# FAX TRANSMISSION COVER SHEET

IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

DATE: May 15, 2008           TIME: 9:49 AM           NO. OF PAGES: 5
(Including Fax Cover Sheet)

**TO:**
NAME: Michael J. Dodson, Senior Deputy City Attorney
OFFICE: Office of the City Attorney, City of San Jose
LOCATION: San Jose, CA
FAX NO.: (408) 998-3131           PHONE NO.: (408) 535-1900

**FROM:**
NAME: Emily Tongol for Jennifer C. Addams, Deputy Attorney General
OFFICE: Office of the Attorney General
LOCATION: 455 Golden Gate Ave., Ste., 11000, San Francisco, CA 94102
FAX NO.: (415) 703-5480           PHONE NO.: (415) 703-5688

**MESSAGE/INSTRUCTIONS**

Re: <u>Dwight Watson, et al. v. Robert Mecir, et al.</u>

Notice of Pendency of Other Action or Proceeding (Local Rule 3-13) and Request for Coordination or Relation of the Cases

40254008.wpd