1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | PAUL T. HAMMERNESS
Supervising Deputy Attorney General
3 | JENNIFER C. ADDAMS, State Bar No. 209355
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
5 | Telephone: (415) 703-5382
Facsimile: (415) 703-5480
6 | Email: Jennifer.Addams@doj.ca.gov

7 | Attorneys for Defendant Robert Mecir

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson,**<br><br>Plaintiffs,<br><br>v.<br><br>**Robert Mecir; and Does 2-50,**<br><br>Defendants. | Case No. C08-02445 RS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 16, 2008.              Respectfully submitted,

EDMUND G. BROWN JR.
  Attorney General of the State of California
PAUL T. HAMMERNESS
  Supervising Deputy Attorney General

*/s/ Jennifer C. Addams*

JENNIFER C. ADDAMS
Deputy Attorney General

Attorneys for Defendant Robert Mecir

40253389.wpd
SF2007403401

Declination to Proceed Before a Magistrate Judge              *Dwight Watson, et al. v. Mecir, et al.*
                                                                                                    C08-02445 RS

1