1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN JOSE DIVISION
4
5  **DWIGHT WATSON, ET AL,**                    **C 08-02445 RS**
6
                   **Plaintiff(s),**             **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
7
8  **VS.**
9
   **STATE OF CALIFORNIA, ET AL,**
10                 **Defendant(s).**
   _____
11

12      The Clerk of this Court will now randomly reassign this case to a United
13 States District Judge because one or more of the parties has requested reassignment to
14 a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.
15      PLEASE TAKE NOTICE that a Case Management Conference in the above-
16 entitled matter which was previously set for September 3, 2008 before the Honorable
17 Judge Richard Seeborg has been continued to **September 8, 2008@ 10:00 a.m.,**
18 before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th
19 floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to
20 submit a Joint Case Management Statement on August 28, 2008**.**
21      If the above-entitled matter settles counsel are required to notify the Court
22 by contacting the Courtroom Deputy at (408) 535-5356 to take this matter off
23 calendar.

24 Dated: May 19, 2008                           RICHARD W. WIEKING,
25                                               Clerk of Court

26                                               /s/_____
                                                 Martha Parker Brown
27                                               Deputy Clerk
28