1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480
6   Email:  Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendant Robert Mecir

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson,** <br><br>Plaintiffs, <br><br>v. <br><br>**Robert Mecir; and Does 2-50,** <br><br>Defendants. | Case No. C 08-02445 RMW <br><br> **STIPULATION FOR DISMISSAL OF ACTION; ORDER** <br><br> The Honorable Ronald M. Whyte |

DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON and NICOLE WATSON, Plaintiffs, by and through their attorneys of record, and Defendant Robert Mecir, by and through his counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice.  Each side is to bear its own costs and attorneys' fees.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

Dated:   July 31, 2008.          Law Offices of Mark W. Martel


By:   */s/ Mark W. Martel*
     Mark W. Martel
Attorneys for Plaintiffs


Dated:   July 31, 2008.          California Department of Justice
                                        Office of the Attorney General


By:   */s/ Jennifer C. Addams*
     Jennifer C. Addams
     Deputy Attorney General
Attorneys for Defendant Robert Mecir


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   _____, 2008.


_____
The Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California

40268731.wpd
SF2007403401

Stipulation for Dismissal of Action                                                     *Dwight Watson, et al. v. Robert Mecir, et al.*
                                                                                                  C 08-02445 RMW