1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | PAUL T. HAMMERNESS
Supervising Deputy Attorney General
3 | JENNIFER C. ADDAMS, State Bar No. 209355
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
5 | Telephone:     (415) 703-5382
Facsimile:      (415) 703-5480
6 | Email:  Jennifer.Addams@doj.ca.gov

7 | Attorneys for Defendant Robert Mecir

***E-FILED - 8/6/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson,**<br><br>Plaintiffs,<br><br>v.<br><br>**Robert Mecir; and Does 2-50,**<br><br>Defendants. | Case No. C 08-02445 RMW<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER**<br><br>The Honorable Ronald M. Whyte |

DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON and NICOLE WATSON, Plaintiffs, by and through their attorneys of record, and Defendant Robert Mecir, by and through his counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice.  Each side is to bear its own costs and attorneys' fees.

///

///

///

///

///

///

Stipulation for Dismissal of Action     *Dwight Watson, et al. v. Robert Mecir, et al.*
                                         C 08-02445 RMW

1

1  **IT IS SO STIPULATED.**

2      Dated:   July 31, 2008.           Law Offices of Mark W. Martel

3

4                                         By:   */s/ Mark W. Martel*
                                                Mark W. Martel
5                                               Attorneys for Plaintiffs

6

7      Dated:   July 31, 2008.           California Department of Justice
                                         Office of the Attorney General
8

9                                         By:   */s/ Jennifer C. Addams*
                                                Jennifer C. Addams
10                                              Deputy Attorney General
                                                Attorneys for Defendant Robert Mecir
11

12

13

14

15 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17     Dated:   8/6_____, 2008.

18

19                                        *Ronald M. Whyte*
                                         _____
20                                        The Honorable Ronald M. Whyte
                                          Judge of the United States District Court
21                                        Northern District of California

22

23

24

25  40268731.wpd
    SF2007403401
26

27

28

Stipulation for Dismissal of Action                    *Dwight Watson, et al. v. Robert Mecir, et al.*
                                                                                    C 08-02445 RMW

2